**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-30850

ROXANNE G. FONTENOT,

Plaintiff-Appellant,

versus

CHRISTOPHER E. BUUS; ET AL,

Defendants,

DAVIDSON, INC.; JELD-WEN, INC.,

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Louisiana, Lake Charles

(USDC No. 2:02-CV-2596-JTT-APW)

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5ᵀᴴ Cɪʀ. R. 47.6.

---

[*] Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.